UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  DEC 13 2018  ★

LONG ISLAND OFFICE

| | |
|---|---|
| RANDI ZEVON,<br>ON BEHALF OF HIMSELF AND<br>ALL OTHERS SIMILIARLY SITUATED,<br><br>                                 Plaintiff,<br>v<br><br>FORSTER & GARBUS, LLP,<br>MARK A. GARBUS, AND RONALD FORSTER,<br><br>                                 Defendants. | Civil Action, File No.<br>2:17-cv-3159-JFB-AYS |

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its respective attorney's fees and costs incurred in this action.

/s/Mitchell L. Pashkin, Esq.
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

/s/ Robert L. Arleo, Esq.
Robert L. Arleo
Robert L. Arleo Esq.
380 Lexington Avenue
17th Floor
New York, NY 10168
212-551-1115

The clerk of the court shall close the case.

**SO ORDERED**
/s/ Joseph F. Bianco

Joseph F. Bianco
USDJ
Date: Dec. 13  20 18
Central Islip, N.Y.